**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Robert L. Hyde, Esq. (SBN 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
abacon@attorneysforconsumers.com
*Attorneys for Plaintiff,*
Tara Miller

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY BROWN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>DIRECTV, LLC,<br><br>Defendant. | Case No.: 2:13-cv-01170-DMG-E<br><br>MOTION TO FILE OPPOSITION IN RELATED CASE<br><br>Hearing Date: December 12, 2014<br>Time: 9:30 a.m.<br>Place: Courtroom 7<br>Hon. Dolly M. Gee |

-1-

PLAINTIFF TARA MILLER'S MOTION TO FILE OPPOSITION IN RELATED CASE

## MOTION

NOW COMES Plaintiff Tara Miller, individually and on behalf of all others similarly situated, by and through her counsel of record, and herby moves the Court to grant Plaintiff leave to file an Opposition to Plaintiff Jenny Brown's Motion to Appoint Interim Lead Class Counsel, a copy of which is attached hereto as Exhibit A. In support, Plaintiff Miller states as follows:

WHEREAS, on September 5, 2013, Plaintiff Tara Miller filed a putative class action Complaint against Defendant DIRECTV, for directly placing calls to her cell phone via an automatic telephone dialing system ("ATDS") as defined by 47 U.S.C. § 227(a)(1). This action is entitled *Miller v. Directv, LLC*, with a previous case number of 3:13-cv-02073-L-JLB (hereinafter "Miller Action")

WHEREAS, on October 6, 2014, the Miller Action was reassigned to Judge Gee, in this Honorable Court, with case number 2:14-cv-07579-DMG-E.

WHEREAS, on May 9, 2012, former plaintiff Cheryl Swope filed a putative class action against Credit Management, LP for placing calls to her cell phone, using an ATDS, in an effort to collect a debt owed by another, without prior express consent to be contacted in this manner.

WHEREAS, the *Swope v. Credit Management, LP* matter was later amended to add Plaintiff Jenny Brown as a class representative, and add DIRECTV as a defendant under a theory of vicarious liability, and is currently before this Honorable Court in the matter entitled *Brown v. Directv, LLC*, case number 2:13-cv-01170-DMG-E, (hereinafter "Brown Action.")

WHEREAS, On October 31, 2014, Plaintiff Jenny Brown filed a Motion to Appoint Interim Lead Class Counsel in the Brown Action, requesting that the Court appoint her counsel of record interim lead class counsel in both the Brown Action and Miller Action.

PLAINTIFF TARA MILLER'S MOTION TO FILE OPPOSITION IN RELATED CASE

WHEREAS, the Brown Action and Miller Action have not been consolidated, nor coordinated, merely deemed related and transferred to both be heard before this Honorable Court.

WHEREAS, Plaintiff Miller disputes the grounds upon which Plaintiff Brown's Motion is based, and seeks leave to file an Opposition in the Brown Action, as a related and interested party.

WHEREAS, a copy of Plaintiff Miller's Opposition to Plaintiff Brown's Motion is attached hereto as Exhibit A

WHEREAS, in support of Plaintiff Miller's Opposition, Plaintiff Miller submits, contemporaneously along with her Opposition, declarations from her counsel of record (attached hereto as Exhibits A-1 through A-3), as wellas her own declaration (attached hereto as Exhibit A-4).

Accordingly, Plaintiff Miller now requests that this Court ORDER that she be granted leave to file the attached Opposition, and that it be deemed filed on November 21, 2014, the date upon which this Motion was submitted.

Dated: November 21, 2014

By:   /s Todd M. Friedman
     Todd M. Friedman
     Adrian R. Bacon
     Law Offices of Todd M. Friedman, P.C.
     Attorney for Plaintiffs

PLAINTIFF TARA MILLER'S MOTION TO FILE OPPOSITION IN RELATED CASE