LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
Jonathan D. Selbin
(State Bar No. 170222)
jselbin@lchb.com
Douglas I. Cuthbertson
(admitted *pro hac vice*)
dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
Daniel M. Hutchinson
(State Bar No. 239458)
dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Attorneys for Plaintiff *Jenny Brown
and the Proposed Class*

[*Additional Counsel Appear
on Signature Page*]

SNELL & WILMER L.L.P.
Becca Wahlquist
(State Bar No. 215948)
E-mail: bwahlquist@swlaw.com
Jasmin Yang
(State Bar No. 255254)
E-mail: jyang@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

*Attorneys for DIRECTV, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JENNY BROWN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC,<br><br>Defendant. | Case No. 2:13-cv-01170-DMG-E<br><br>**JOINT STATUS REPORT** |

Plaintiff JENNY BROWN ("Plaintiff"), through her counsel of record, Lieff Cabraser Heimann & Bernstein, LLP, Burke Law Offices, LLC, Healey Law LLC, Meyer Wilson Co., LPA, and Parisi & Havens LLP; and Defendant DIRECTV, LLC ("DIRECTV"), through its counsel Snell & Wilmer L.L.P., jointly report as follows:

**The Litigation Stay**

Pursuant to this Court's Order Re: Defendant's Motion for Reconsideration (Dkt. No. 198), the matter has been stayed since December 11, 2014, pending a decision by the Federal Communications Commission ("FCC") on two petitions before it. The Court directed that "[t]he parties shall file a joint status report within 15 days after the FCC acts on the United and ACA Petitions." *Id.* at 4.

On July 10, 2015, the FCC issued a Declaratory Ruling and Order addressing the petitions. *In the Matter of Rules & Regulations Implementing the Tel. Consumer Prot. Act of 1991*, CG Docket No. 02-278, WC Docket No. 07-135, 2015 WL 4387780 (F.C.C. July 10, 2015). The parties agree that the FCC is vested with rulemaking and interpretive authority with respect to the Telephone Consumer Protection Act ("TCPA"). 47 U.S.C. § 227(b)(2); *Satterfield v. Simon & Schuster, Inc.,* 569 F.3d 946, 953 (9th Cir. 2009). Accordingly, the Declaratory Ruling and Order currently stands as the FCC's official interpretation of the governing provisions of the TCPA.

DIRECTV notes that three entities have already appealed the Declaratory Ruling and Order, and maintains that the Declaratory Ruling and Order exceeds the FCC's authority and misinterprets relevant provisions of the TCPA. *See, e.g., ACA International v. FCC*, Case No.15-1211 (D.C. Cir.); *Professional Association for Customer Engagement, Inc. v. FCC*, Case No. 15-2489 (7th Cir.). On July 24, 2015, these appeals were consolidated before the District of Columbia Circuit Court. DIRECTV further notes that "[t]he court of appeals . . . has exclusive

jurisdiction to enjoin, set aside, suspend (in whole or in part), or to determine the validity of all final orders of the Federal Communication Commission made reviewable by section 402 (a) of title 47.". 28 U.S.C. § 2342(1). DIRECTV therefore maintains that the stay should be continued through the pendency of the appeals before the circuit court.

Plaintiff opposes a stay on that ground. Plaintiff notes that, under the Hobbs Act, 28 U.S.C. § 2342, federal district courts are bound by the Declaratory Ruling and Order, and maintains that the Declaratory Ruling and Order remains binding on this Court during the pendency of any appeal. However, as set forth below, Plaintiff agrees that a short stay is appropriate to permit the parties to engage in mediation.

Therefore, for their respective reasons, the parties jointly request that this litigation remain stayed at least until fifteen days after the parties complete private mediation, at which point the parties can provide this Court with a further joint status report indicating their positions on the stay.

**Court-Ordered Mediation**

On December 22, 2015, the Court vacated the parties' mediation deadline, and ordered the parties to "agree upon a new mediation date after the stay is lifted" and "address the new mediation date in their joint status report that is due after the FCC acts on the United and ACA petitions." Dkt. No. 201. Without agreeing that the stay should be lifted, the parties have agreed to participate in private mediation before Hon. Irma E. Gonzalez (Ret.) of JAMS, and will inquire about Judge Gonzalez's available dates in the end of August and in September. (Counsel for DIRECTV and DIRECTV's in-house counsel responsible for TCPA litigation are both scheduled to be out of the country between August 3, 2015 and August 18, 2015, making the end of August the earliest possible time to request dates.)

The parties agree that it would waste Court resources, cause unnecessary work and costs, and create unhelpful distractions and disagreements, to maintain the near-term litigation deadlines while attempting simultaneously to resolve the case. Thus, while the parties disagree about continuing the stay during the pendency of the challenges to the FCC Order, the parties do agree that the stay should continue in order to allow mediation to take place and any follow-up discussions to occur.

**Plaintiff's Lead Counsel Motion**

**Plaintiff's Statement**

On October 31, 2014, Plaintiff filed a motion for the Court to appoint lead class counsel pursuant to Fed. R. Civ. P. 23(g). Dkt. No. 171. On November 21, 2014, DIRECTV filed a response. Dkt. No. 182. On November 21, 2014, the Court granted Tara Miller, a plaintiff in a copycat case filed almost two years after Plaintiff's action, leave to file an opposition. Dkt. Nos. 185, 186, 187. On November 26, 2014, Plaintiff filed a reply. On December 11, 2014, the Court held Plaintiff's motion in abeyance while the case is stayed. Dkt. No. 199.

Since that time, *Miller* counsel have: (1) copied word-for-word Plaintiff's lead counsel motion in this case in another action; *compare* Dkt. No. 171 with *Knutson v. Sirius XM Radio, Inc.*, Case No. 12-cv-00418-AJB-NLS (S.D. Cal. Feb. 4, 2015), Dkt. No. 24-1; and (2) settled class claims in another copycat case they filed over two years after other plaintiffs' counsel without the consent or participation of the other counsel. *See Fanning v. HSBC Card Services Inc.*, Case No. 8:12-cv-00885-JVS-RNB (C.D. Cal. July 20, 2015), Dkt. No. 348.

Plaintiff respectfully requests that the Court take Plaintiff's motion under submission. The parties believe that appointment of lead counsel will streamline mediation and/or litigation of this matter and avoid duplicative work for the Court and all parties.

**DIRECTV's Statement**

Without conceding that Plaintiffs' counsel were adequate representatives, DIRECTV filed a non-Opposition to Plaintiffs' counsel's motion to be named as lead counsel [Dkt. No. 182]. DIRECTV does not believe that Plaintiffs' counsel's motion need be addressed at this time, and that the stay should remain in place (other than for the parties' agreed-upon mediation proceedings, as detailed above).

**The Parties' Discovery**

On December 10, 2015, Magistrate Judge Charles F. Eick denied Plaintiff's Motion to Compel. Dkt. No. 196. Because the Court entered a stay the following day, Plaintiff was not able to object to Magistrate Judge Eick's Order. The parties jointly request that, once the stay is lifted, the Court allow Plaintiff fifteen days to object or otherwise respond to Magistrate Judge Eick's Order. The parties therefore respectfully submit that substantial motion practice regarding their ongoing discovery disputes may be avoided by continuing the stay, with the parties' respective positions on duration of the stay set forth above.

Dated: July 27, 2015

Respectfully submitted,

By: */s/ Daniel M. Hutchinson*
      Daniel M. Hutchinson

LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

| | |
|---|---|
| 1 | LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP |
| 2 | Jonathan D. Selbin (State Bar No. 170222) |
| | jselbin@lchb.com |
| 3 | Douglas I. Cuthbertson (admitted *pro hac vice*) |
| 4 | dcuthbertson@lchb.com |
| | 250 Hudson Street, 8th Floor |
| 5 | New York, NY 10013 |
| | Telephone: (212) 355-9500 |
| 6 | Facsimile: (212) 355-9592 |
| 7 | BURKE LAW OFFICES, LLC |
| | Alexander H. Burke (admitted *pro hac vice*) |
| 8 | ABurke@BurkeLawLLC.com |
| | 155 N. Michigan Avenue, Suite 9020 |
| 9 | Chicago, IL 60601 |
| | Telephone: (312)729-5288 |
| 10 | Facsimile: (312) 729-5289 |
| 11 | MEYER WILSON CO., LPA |
| | Matthew R. Wilson (State Bar No. 290473) |
| 12 | mwilson@meyerwilson.com |
| | 1320 Dublin Road, Ste. 100 |
| 13 | Columbus, OH 43215 |
| | Telephone: (614) 224-6000 |
| 14 | Facsimile: (614) 224-6066 |
| 15 | PARISI & HAVENS LLP |
| | David C. Parisi (State Bar No. 162248) |
| 16 | dcparisi@parisihavens.com |
| | 15233 Valleyheart Drive |
| 17 | Sherman Oaks, CA 91403 |
| | Telephone: (818) 990-1299 |
| 18 | Facsimile: (818) 501-7852 |
| 19 | HEALEY LAW, LLC |
| | Robert T. Healey (admitted *pro hac vice*) |
| 20 | bob@healeylawllc.com |
| | 640 Cepi Drive, Suite A |
| 21 | Chesterfield, MO 63005 |
| | Telephone: (636) 536-5175 |
| 22 | Facsimile: (636) 590-2882 |
| 23 | *Attorneys for Plaintiff and the Proposed Class* |

1266687.2

- 5 -

JOINT STATUS REPORT
2:13-CV-01170-DMG-E

| | | |
|---|---|---|
| 1 | Dated: July 27, 2015 | By: */s/ Becca Wahlquist* |
| | | Becca Wahlquist |
| 2 | | |
| 3 | | SNELL & WILMER L.L.P. |
| | | Becca Wahlquist |
| | | (State Bar No. 215948) |
| 4 | | E-mail: bwahlquist@swlaw.com |
| | | Jasmin Yang |
| 5 | | (State Bar No. 255254) |
| | | E-mail: jyang@swlaw.com |
| 6 | | 350 South Grand Avenue, Suite 2600 |
| | | Two California Plaza |
| 7 | | Los Angeles, CA 90071 |
| | | Telephone: (213) 929-2500 |
| 8 | | Facsimile: (213) 929-2525 |
| 9 | | *Attorneys for DIRECTV, LLC* |