LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
Jonathan D. Selbin
(State Bar No. 170222)
jselbin@lchb.com
Douglas I. Cuthbertson
(admitted *pro hac vice*)
dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
Daniel M. Hutchinson
(State Bar No. 239458)
dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Attorneys for Plaintiff *Jenny Brown
and the Proposed Classes*

[*Additional Counsel Appear
on Signature Page*]

SNELL & WILMER L.L.P.
Becca Wahlquist
(State Bar No. 215948)
E-mail: bwahlquist@swlaw.com
Jasmin Yang
(State Bar No. 255254)
E-mail: jyang@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

*Attorneys for DIRECTV, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

JENNY BROWN, on behalf of
herself and all others similarly
situated,

        Plaintiff,

v.

DIRECTV, LLC,

        Defendant.

Case No. 2:13-cv-01170-DMG-E

**JOINT STATUS REPORT**

1    Plaintiff JENNY BROWN ("Plaintiff"), through her counsel of record, Lieff

2  Cabraser Heimann & Bernstein, LLP, Burke Law Offices, LLC, Healey Law LLC,

3  Meyer Wilson Co., LPA, and Parisi & Havens LLP; and Defendant DIRECTV,

4  LLC ("DIRECTV"), through its counsel Snell & Wilmer L.L.P., jointly report as

5  follows:

6    As per the court's August 7, 2015 Order Continuing Stay Pending Mediation

7  (Dkt. 203), the parties are submitting this joint status report to inform the Court that

8  the parties did begin mediation with Judge Irma Gonzalez (ret.) of JAMS and have

9  an additional date scheduled in late December to continue their discussions.

10    Thus, the parties stipulate and agree that the stay should continue in place

11  until after they are able to meet again with Judge Gonzalez.  The parties will report

12  back to this court within 15 days of the completion of their mediation proceedings.

13

14  Dated:  November 6, 2015                    Respectfully submitted,

15

16                                             By:   /s/ Daniel M. Hutchinson
                                                      Daniel M. Hutchinson

17                                             LIEFF CABRASER, HEIMANN &
                                               BERNSTEIN, LLP
18                                             Daniel M. Hutchinson (State Bar No.
                                               239458)
19                                             dhutchinson@lchb.com
                                               275 Battery Street, 29th Floor
20                                             San Francisco, CA  94111-3339
                                               Telephone:   (415) 956-1000
21                                             Facsimile:   (415) 956-1008

22                                             LIEFF CABRASER, HEIMANN &
                                               BERNSTEIN, LLP
23                                             Jonathan D. Selbin (State Bar No. 170222)
                                               jselbin@lchb.com
24                                             Douglas I. Cuthbertson (admitted *pro hac*
                                               *vice*)
25                                             dcuthbertson@lchb.com
                                               250 Hudson Street, 8th Floor
26                                             New York, NY 10013
                                               Telephone:   (212) 355-9500
27                                             Facsimile:   (212) 355-9592

28

BURKE LAW OFFICES,  LLC
Alexander H. Burke (admitted *pro hac vice*)
ABurke@BurkeLawLLC.com
155 N. Michigan Avenue, Suite 9020
Chicago, IL 60601
Telephone:  (312)729-5288
Facsimile:    (312) 729-5289

MEYER WILSON CO., LPA
Matthew R. Wilson (State Bar No. 290473)
mwilson@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, OH 43215
Telephone:  (614) 224-6000
Facsimile:    (614) 224-6066

PARISI & HAVENS LLP
David C. Parisi (State Bar No. 162248)
dcparisi@parisihavens.com
15233 Valleyheart Drive
Sherman Oaks, CA 91403
Telephone:  (818) 990-1299
Facsimile:    (818) 501-7852

HEALEY LAW, LLC
Robert T. Healey (admitted *pro hac vice*)
bob@healeylawllc.com
640 Cepi Drive, Suite A
Chesterfield, MO 63005
Telephone:  (636) 536-5175
Facsimile:    (636) 590-2882

*Attorneys for Plaintiff and the Proposed
Class*

Dated:  November 6, 2015

By:___ */s/ Becca Wahlquist*_____
            Becca Wahlquist

SNELL & WILMER L.L.P.
Becca Wahlquist
(State Bar No. 215948)
E-mail: bwahlquist@swlaw.com
Jasmin Yang
(State Bar No. 255254)
E-mail: jyang@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

*Attorneys for DIRECTV, LLC*

22863930

- 2 -

## PROOF OF SERVICE

I, Becca Wahlquist, declare as follows:

I am employed in Los Angeles County, Los Angeles, California.  I am over the age of eighteen years and not a party to this action.  My business address is Snell & Wilmer L.L.P., 350 S. Grand Avenue, Suite 2600, Los Angeles, California 90071.  On November 6, 2015, I served the within:

**JOINT STATUS REPORT**

on the interested parties in this action addressed as follows:

- **Michael Joseph Boyle , Jr.**
  mboyle@meyerwilson.com
- **Alexander H Burke**
  ABurke@BurkeLawLLC.com
- **Douglas I Cuthbertson**
  dcuthbertson@lchb.com
- **Robert T Healey , Jr**
  bob@healeylawllc.com
- **Daniel M Hutchinson**
  dhutchinson@lchb.com
- **Marnie Cherie Lambert**
  mlambert@meyerwilson.com
- **David C Parisi**
  dcparisi@parisihavens.com
- **Matthew Ryan Wilson**
  mwilson@meyerwilson.com

☒    (**BY ELECTRONIC MAIL**) By transmitting such document(s) electronically via the Central District of California's CM/ECF system, to the persons at the electronic mail addresses listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 6, 2015, at Los Angeles, California.

/s/ Becca Wahlquist

Becca Wahlquist