**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| Jenny Brown, individually and on behalf of all others similarly situated | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 13-1170 DMG (Ex) |
| v. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE*** |
| Credit Management, LP | |
| Defendant(s). | |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Freytag, Daniel             of
*Applicant's Name (Last Name, First Name & Middle Initial)*

Meyer Wilson, Co., LPA
1320 Dublin Road, Suite 100
Columbus, OH  43215

(614) 224-6000          (614) 224-6066
*Telephone Number*      *Fax Number*

dfreytag@meyerwilson.com
*E-Mail Address*

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

Jenny Brown

*Name(s) of Party(ies) Represented*    x Plaintiff    ☐ Defendant    ☐ Other:

**and designating as Local Counsel**

Parisi, David             of
*Designee's Name (Last Name, First Name & Middle Initial)*

Parisi & Havens LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403

162248                  (818) 990-1299
*Designee's Cal. Bar Number*   *Telephone Number*

(818) 501-7852
*Fax Number*

*Firm Name & Address*

dcparisi@parisihavens.com
*E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED**.
☒ **DENIED.**  Fee shall be returned by the Clerk for failure to submit a current certificate of good standing.
☐ **DENIED.**  For failure to pay the required fee.

**Dated** January 27, 2016

*/s/ Dolly M. Gee*
**Dolly M. Gee, U.S. District Judge**