| | |
|---|---|
| 1 | PARISI & HAVENS LLP |
| | David C. Parisi (162248) |
| 2 | Suzanne Havens Beckman (188814) |
| | 100 Pine Street, Suite 1250 |
| 3 | San Francisco, California   94111 |
| | (818) 990-1299 (telephone) |
| 4 | (818) 501-7852 (facsimile) |
| | dcparisi@parisihavens.com |
| 5 | shavens@parisihavens.com |
| 6 | |
| 7 | LIEFF CABRASER HEIMANN |
| | & BERNSTEIN, LLP |
| | Daniel M. Hutchinson (SBN 239458) |
| 8 | dhutchinson@lchb.com |
| | 275 Battery Street, 29th Floor |
| 9 | San Francisco, CA  94111-3339 |
| | Telephone: (415) 956-1000 |
| 10 | Facsimile: (415) 956-1008 |
| 11 | [Additional counsel listed on signature page] |
| 12 | |
| 13 | *Attorneys for Plaintiff and the Class and Subclass* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JENNY BROWN, individually and on behalf of all others similarly situated, | CASE NO. No. 2:13-cv-01170-DMG-E |
| Plaintiffs, | **NOTICE OF CHANGE OF FIRM ADDRESS FOR PLAINTIFF'S COUNSEL PARISI & HAVENS LLP** |
| v. | |
| DIRECTV, LLC, | |
| Defendant. | Judge:     Hon. Dolly M. Gee |

Case 2:13-cv-01170-DMG-E   Document 294   Filed 10/01/19   Page 2 of 3   Page ID #:5031

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT counsel for Plaintiff, Parisi & Havens LLP, has relocated.  Effective immediately, the firm's mailing address has been changed to the following:

Parisi & Havens LLP
100 Pine Street, Suite 1250
San Francisco, California   94111

Please direct all future notices, pleadings, and correspondence to this address.  The firm's telephone number, facsimile number, and email addresses remain the same.

Dated: October 1, 2019         By:  /s/Suzanne Havens Beckman__

PARISI & HAVENS LLP
David C. Parisi (162248)
Suzanne Havens Beckman (188814)
100 Pine Street, Suite 1250
San Francisco, California   94111
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
jselbin@lchb.com
Douglas I. Cuthbertson
(admitted *pro hac vice*)
dcuthbertson@lchb.com
Sean A. Petterson (admitted *pro hac vice*)
spetterson@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone:  212-355-9500
Facsimile:  212-355-9592

- 2 -   NOTICE OF CHANGE OF FIRM ADDRESS
CASE NO. 2:13-CV-01170-DMG-E

BURKE LAW OFFICES, LLC
Alexander H. Burke (admitted *pro hac vice*)
ABurke@BurkeLawLLC.com
155 N. Michigan Ave. Suite 9020
Chicago, IL 60601
Telephone: (312)729-5288
Facsimile: (312) 729-5289

MEYER WILSON CO., LPA
Matthew R. Wilson (SBN 290473)
mwilson@meyerwilson.com
Michael J. Boyle, Jr. (SBN 258560)
mboyle@meyerwilson.com
1320 Dublin Road, Ste. 100
Columbus, Ohio 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

*Attorneys for Plaintiff and the Class and Subclass*

- 3 -

NOTICE OF CHANGE OF FIRM ADDRESS
CASE NO. 2:13-CV-01170-DMG-E