BURKE LAW OFFICES, LLC
Alexander H. Burke (admitted *pro hac vice*)
ABurke@BurkeLawLLC.com
155 N. Michigan Ave. Suite 9020
Chicago, IL 60601
Telephone: (312)729-5288
Facsimile:   (312) 729-5289

LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
Jonathan D. Selbin (State Bar No. 170222)
jselbin@lchb.com
Douglas I. Cuthbertson (admitted *pro hac vice*)
dcuthbertson@lchb.com
250 Hudson Street, 8th Floor
New York, NY  10013
Telephone:   (212) 355-9500
Facsimile:   (212) 355-9592

LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:   (415) 956-1000
Facsimile:   (415) 956-1008

MEYER WILSON CO., LPA
Matthew R. Wilson (SBN 290473)
mwilson@meyerwilson.com
305 W. Nationwide Blvd
Columbus, OH 43215
Telephone:   (614) 224-6000
Facsimile:   (614) 224-6066

KING & SIEGEL LLP
Elliot Siegel (286798)
Elliot@kingsiegel.com
724 South Spring St. Suite 201
Los Angeles, CA 90014
Telephone: (213) 465-4802
Facsimile: (213_ 465-4803

Attorneys for Plaintiffs *and the Class*
[*Additional Counsel Appear on Signature Page*]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JENNY BROWN and CARMEN MONTIJO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIRECTV, LLC,<br><br>Defendant. | Case No.  2:13-cv-01170-DMG-E<br><br>**PLAINTIFFS' INTERIM STATUS REPORT REGARDING CLASS NOTICE**<br><br>Hon. Dolly M. Gee |

Plaintiffs Jenny Brown and Carmen Montijo ("Plaintiffs") hereby submit this interim status report regarding notice to Class Members who had non-deliverable email addresses.

On May 17, 2021, the Court denied Plaintiffs' motion to amend the class notice. Dkt. 339. Thereafter, Plaintiffs instructed Angeion Group, LLC ("Angeion"), the Court-appointed class administrator, to mail postcards to those Class Members who had non-deliverable email addresses. On June 3, 2021, Angeion mailed those postcard notices, which provided a 45-day deadline until July 18, 2021 for Class Members to opt-out. *See* Dkt. 312 at 5.

Angeion will provide a full update regarding the class notice process to the Court following the July 18, 2021 opt-out date.

Dated: June 10, 2021                    Respectfully submitted,

By: /s/ *Daniel M. Hutchinson*
    Daniel M. Hutchinson

LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (SBN 170222)
jselbin@lchb.com
Douglas I. Cuthbertson
(admitted *pro hac vice*)
dcuthbertson@lchb.com
Sean A. Petterson
(admitted *pro hac vice*)
spetterson@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
Daniel M. Hutchinson (SBN 239458)
dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

| | |
|---|---|
| 1 | BURKE LAW OFFICES, LLC |
| 2 | Alexander H. Burke (admitted *pro hac vice*) |
| 3 | ABurke@BurkeLawLLC.com<br>155 N. Michigan Ave. Suite 9020 |
| 4 | Chicago, IL 60601<br>Telephone: (312) 729-5288 |
| 5 | Facsimile:   (312) 729-5289 |
| 6 | MEYER WILSON CO., LPA<br>Matthew R. Wilson (SBN 290473) |
| 7 | mwilson@meyerwilson.com<br>Michael J. Boyle, Jr. (SBN 258560) |
| 8 | mboyle@meyerwilson.com<br>1320 Dublin Road, Suite 100 |
| 9 | Columbus, OH 43215<br>Telephone:  (614) 224-6000 |
| 10 | Facsimile:   (614) 224-6066 |
| 11 | KING & SIEGEL LLP<br>Elliot Siegel (286798) |
| 12 | Elliot@kingsiegel.com<br>724 South Spring St. Suite 201 |
| 13 | Los Angeles, CA 90014<br>Telephone:  (213) 465-4802 |
| 14 | Facsimile:   (213) 465-4803 |
| 15 | HEALEY LAW, LLC<br>Robert T. Healey (admitted *pro hac vice*) |
| 16 | bob@healeylawllc.com |
| 17 | 640 Cepi Drive, Suite A<br>Chesterfield, MO 63005 |
| 18 | Telephone:  (636) 536-5175<br>Facsimile:   (636) 590-2882 |
| 19 | *Attorneys for Plaintiffs and the Class* |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |