| | |
|---|---|
| John Nadolenco (SBN 181128)<br>jnadolenco@mayerbrown.com<br>MAYER BROWN LLP<br>350 S. Grand Ave. 25th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 229-9500<br><br>Hans J. Germann (admitted *pro hac vice*)<br>hgermann@mayerbrown.com<br>Kyle J. Steinmetz (admitted *pro hac vice*)<br>ksteinmetz@mayerbrown.com<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>Telephone: 312-701-8547<br>Facsimile: 312-706-9178<br><br>*Attorneys for Defendant DIRECTV, LLC* | Daniel M. Hutchinson (SBN 239458)<br>Dhutchinson@lchb.com<br>LIEFF CABRASER HEIMANN<br>& BERNSTEIN LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>Alexander H. Burke (admitted *pro hac vice*)<br>ABurke@BurkeLawLLC.com<br>BURKE LAW OFFICES, LLC<br>155 N. Michigan Ave. Suite 9020<br>Chicago, IL 60601<br>Telephone: (312)729-5288<br>Facsimile: (312) 729-5289<br><br>*Attorneys for Plaintiffs and the Class* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JENNY BROWN and CARMEN MONTIJO, on behalf of herself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>DIRECTV, LLC,<br><br>    Defendant. | Case No. 2:13-cv-01170-DMG-E<br><br>**JOINT STATUS REPORT REGARDING DISCOVERY**<br><br>Hon. Dolly M. Gee |

Pursuant to the Court's Amended Schedule of Pretrial and Trial Dates, Dkt. 321-1, Plaintiffs Jenny Brown and Carmen Montijo ("Plaintiffs"), and Defendant, DIRECTV, LLC ("DIRECTV"), by and through their respective attorneys, jointly report the status of discovery in advance of the August 13, 2021 discovery cut-off:

**Fact Discovery**

The parties have been working diligently and cooperatively on fact and expert discovery consistent with the contours of this nationwide class action lawsuit under the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA").

DIRECTV:  To date, DIRECTV has produced approximately 217,000 pages of documents and data. Plaintiffs deposed two DIRECTV witnesses designated pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure and are in the process of deposing four witnesses identified in DIRECTV's Amended Initial Disclosures.  Those depositions will be completed on July 21, 2021.[1]  DIRECTV provided written responses to Plaintiffs' document requests, interrogatories, and requests for admission.

DIRECTV Debt Collection Agencies:  Plaintiffs issued one or more subpoenas to each of the debt collection agencies that placed telephone calls in an attempt to collect debts owed to DIRECTV.  The debt collection agencies produced documents, call data, and information, either through DIRECTV or directly to Plaintiffs.  Five debt collection agencies have provided sworn testimony through signed affidavits or declarations.  Plaintiffs expect that additional debt collectors will either provide similar affidavits or submit to deposition before the discovery cut-off.

Plaintiffs:  DIRECTV deposed Plaintiff Brown on May 18, 2021, and is scheduled to depose Plaintiff Montijo on July 29, 2021.  Plaintiffs provided

---

[1] Plaintiffs have reserved the right to complete the Rule 30(b)(6) deposition of Mycol Cooley, who unexpectedly left his deposition early to attend to a personal matter.

responsive documents and written responses to DIRECTV's document requests and interrogatories.

<u>Government Agencies</u>:  Plaintiffs issued public records requests to the Federal Trade Commission, Consumer Financial Protection Bureau, New York Department of State, and Florida Department of Agriculture and Consumer Services, each of whom timely responded.

**Expert Discovery**

On May 21, 2021, the parties disclosed their three respective expert witnesses.  Plaintiffs' deposed DIRECTV's expert Debra Aron on June 18, 2021.  DIRECTV deposed Plaintiffs' experts Christina Peters-Stasiewicz and David Vladeck on June 22, 2021 and June 24, 2021, respectively.

On July 9, 2021, Plaintiffs submitted a rebuttal expert report and DIRECTV is deposing Plaintiffs' rebuttal expert Anya Verkhovskaya on July 27, 2021.

Expert discovery closes on August 4, 2021.  *See* Dkt. 343.

**Outstanding Issues**

As previously reported to the Court, lost, missing, and/or incomplete call data from certain DIRECTV debt collection agencies has been an ongoing issue.  If not resolved by the discovery cut-off, this may be the subject of further motion practice.  For example, debt collection agency Enhanced Recovery Company, LLC ("ERC"), has represented to Plaintiffs that it has responsive call data, but has not produced it.  Plaintiffs filed a miscellaneous action seeking an order compelling ERC to produce it.  *Brown v. Enhanced Recovery Company, LLC*, Case No. 3:20-mc-39-TJC-JBT (M.D. Fla.).  Similarly, Plaintiffs are meeting and conferring with LiveVox, following a subpoena to the company, regarding call data related to debt collection agency Diversified Consultants, Inc. (which is in the process of a Chapter 11 bankruptcy).

In addition, cellular telephone carriers Verizon, T-Mobile, and AT&T are in the process of producing subscriber data for telephone numbers called by

1  DIRECTV's debt collection agencies following three Court orders authorizing such
2  production. *See* Dkts. 337, 345, 346. Verizon and AT&T made productions, and
3  T-Mobile anticipates production by August 10, 2021. If these productions are not
4  completed by the discovery cut-off, the parties anticipate entering into a stipulation
5  permitting production after the discovery cut-off.
6      Finally, the parties recently served additional discovery requests on July 7,
7  2021, and July 9, 2021. If any issues arise with these discovery requests, the parties
8  understand they must be resolved prior to the discovery cut-off. *See* Dkt. 321.

9  **Case Schedule**

10      In light of the foregoing, the parties do not anticipate any changes to the
11  Amended Schedule of Pretrial and Trial Dates, including the September 10, 2021
12  motion cut-off; the December 10, 2021 Settlement Conference deadline; and the
13  March 1, 2021 trial date. *See* Dkt. 321-1.

Dated: July, 14, 2021

Respectfully submitted,

MAYER BROWN LLP

By: */s/ Hans J. Germann*

Hans J. Germann
Attorneys for Defendant
DIRECTV, LLC

By: */s/ Daniel M. Hutchinson*
    Daniel M. Hutchinson

LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP
Jonathan D. Selbin (SBN 170222)
jselbin@lchb.com
Douglas I. Cuthbertson
(admitted *pro hac vice*)
dcuthbertson@lchb.com
Sean A. Petterson
(admitted *pro hac vice*)
spetterson@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500

|   |   |
|---|---|
| 1 | Facsimile:   (212) 355-9592 |
| 2 | LIEFF CABRASER, HEIMANN & BERNSTEIN, LLP |
| 3 | Daniel M. Hutchinson (SBN 239458) dhutchinson@lchb.com |
| 4 | 275 Battery Street, 29th Floor San Francisco, CA 94111-3339 |
| 5 | Telephone:   (415) 956-1000 Facsimile:   (415) 956-1008 |
| 6 |   |
| 7 | BURKE LAW OFFICES, LLC Alexander H. Burke (admitted *pro hac vice*) |
| 8 | ABurke@BurkeLawLLC.com 155 N. Michigan Ave. Suite 9020 |
| 9 | Chicago, IL 60601 Telephone: (312) 729-5288 |
| 10 | Facsimile:   (312) 729-5289 |
| 11 | MEYER WILSON CO., LPA Matthew R. Wilson (SBN 290473) |
| 12 | mwilson@meyerwilson.com Michael J. Boyle, Jr. (SBN 258560) |
| 13 | mboyle@meyerwilson.com 1320 Dublin Road, Suite 100 |
| 14 | Columbus, OH 43215 Telephone:   (614) 224-6000 |
| 15 | Facsimile:   (614) 224-6066 |
| 16 | KING & SIEGEL LLP Elliot Siegel (286798) |
| 17 | Elliot@kingsiegel.com 724 South Spring St. Suite 201 |
| 18 | Los Angeles, CA 90014 Telephone:   (213) 465-4802 |
| 19 | Facsimile:   (213) 465-4803 |
| 20 | HEALEY LAW, LLC Robert T. Healey (admitted *pro hac vice*) |
| 21 | bob@healeylawllc.com |
| 22 | 640 Cepi Drive, Suite A Chesterfield, MO 63005 |
| 23 | Telephone:   (636) 536-5175 Facsimile:   (636) 590-2882 |
| 24 | *Attorneys for Plaintiffs and the Class* |
| 25 |   |
| 26 |   |
| 27 | **ATTESTATION: The Filer hereby attests that all signatories concur and have authorized this filing.** |
| 28 |   |