John Nadolenco (SBN 181128)
jnadolenco@mayerbrown.com
MAYER BROWN LLP
350 S. Grand Ave. 25th Floor
Los Angeles, CA 90071
Tel: (213) 229-9500

Hans J. Germann (admitted *pro hac vice*)
hgermann@mayerbrown.com
Kyle J. Steinmetz (admitted *pro hac vice*)
ksteinmetz@mayerbrown.com
MAYER BROWN LLP
71 S Wacker Drive
Chicago, IL 60606
Telephone: 312-701-8547
Facsimile: 312-706-9178

Attorneys for Defendant
DIRECTV, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JENNY BROWN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC,<br><br>Defendant. | Case No. 2:13-cv-01170-DMG-E<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DECERTIFY THE CLASS**<br><br>Hearing<br><br>Date: November 5, 2021<br>Time: 4:00 p.m.<br>Place: Courtroom 8C<br><br>Hon. Dolly M. Gee |

743767428.1
4846-2190-0424

- 1 -

DEFENDANT'S NOTICE OF MOTION AND MOTION
TO DECERTIFY
CASE NO. 2:13-CV-01170-DMG-E

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that on November 5, 2021, at 4:00 p.m., or as soon thereafter as the matter may be heard, before the Honorable Dolly M. Gee in Courtroom 8C of the United States District Court, Central District of California, Western Division, located at 350 West 1st Street, Los Angeles, CA, 90012, Defendant DIRECTV, LLC ("DIRECTV") will and hereby does move this Court, pursuant to Federal Rule of Civil Procedure 23, for an order decertifying the class.

Pursuant to Local Rule 7-3, counsel for Plaintiffs and DIRECTV met and conferred on August 31, 2021 to discuss the contents of this Motion and any potential resolution.

DIRECTV's motion is based upon this Notice of Motion and Motion; the Memorandum of Points and Authorities in support of this Motion; the declarations and exhibits submitted therein; the pleadings, records, and files in this action; and such other and further evidence and argument as may be presented at the time of the hearing.

Dated: September 10, 2021

Respectfully submitted,

MAYER BROWN LLP

By: */s/ Hans J. Germann*

Hans J. Germann
Attorneys for Defendant
DIRECTV, LLC