John Nadolenco (SBN 181128)
jnadolenco@mayerbrown.com
MAYER BROWN LLP
350 S. Grand Ave. 25th Floor
Los Angeles, CA 90071
Tel: (213) 229-9500

Lauren R. Goldman (admitted *pro hac vice*)
lrgoldman@mayerbrown.com
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 506-2500

Hans J. Germann (admitted *pro hac vice*)
hgermann@mayerbrown.com
Kyle J. Steinmetz (admitted *pro hac vice*)
ksteinmetz@mayerbrown.com
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
Tel: (312) 701-8547

Pete Marketos (admitted *pro hac vice*)
pete.marketos@rm-firm.com
Andrew Wirmani (admitted *pro hac vice*)
andrew.wirmani@rm-firm.com
Brett S. Rosenthal (admitted *pro hac vice*)
brett.rosenthal@rm-firm.com
REESE MARKETOS LLP
750 North Saint Paul Street Suite 600
Dallas, TX 75201
Tel: (214) 382-9810

*Attorneys for Defendant
DIRECTV, LLC*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JENNY BROWN and CARMEN MONTIJO, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIRECTV, LLC,<br><br>Defendant. | Case No. 2:13-cv-01170-DMG-E<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AGREEMENT** |

Pursuant to Rule 7 of Your Honor's Individual Practices, Defendant DIRECTV, LLC respectfully submits this motion for extension of time to file the motion for preliminary approval of the class action settlement by 14 days. In support of this motion, DIRECTV states as follows:

1.     On May 27, 2022, the Parties filed a joint notice that they had reached a settlement in principle and requested a stay of all deadlines in the case. ECF 509.

2.     On June 1, 2022, the Court entered an order vacating all deadlines and directing the Parties to file by June 10, 2022 a joint status report of their anticipated timeline for finalizing their settlement papers and the date by which they intend to file a motion for preliminary approval of the class action settlement. ECF 510.

3.     On June 10, 2022, the Parties filed a joint status report indicating they intended to file their motion for preliminary approval by July 15, 2022. ECF 511.

4.     On June 15, 2022, the Court entered an order directing the Parties to file their motion for preliminary approval by July 15, 2022, with a hearing date of July 29, 2022 at 9:30 a.m. ECF 512.

5.     The Parties continue to work diligently and in good faith toward finalizing the class action settlement. At this juncture, the Parties are quite close, but have not reached complete agreement on the settlement agreement and accompanying exhibits.

6.     Accordingly, DIRECTV respectfully requests that the Court extend the current deadline for filing the motion for preliminary approval of the proposed class action settlement by 14 days to July 29, 2022.

7.     Should the Court grant the DIRECTV's requested extension, the DIRECTV also respectfully requests that the Court continue the hearing date to August 19, 2022.

1          8.    Counsel for DIRECTV conferred with counsel for plaintiffs

2    regarding this motion. Counsel for plaintiffs indicated that they agree to

3    extending the time to file the motion for preliminary approval of the

4    proposed class action settlement by 14 days.

5          WHEREFORE, DIRECTV respectfully requests that the Court enter

6    the proposed order attached hereto.

7

8      Dated: July 14, 2022                 Respectfully submitted,

9                                        MAYER BROWN LLP

10                                       By: */s/ Lauren R. Goldman*

11                                       Lauren R. Goldman
                                         Attorneys for Defendant

12                                       DIRECTV, LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR EXTENSION OF TIME TO
FILE SETTLEMENT AGREEMENT,
CASE NO. 2:13-CV-01170-DMG-E