UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny Brown, et al., <br><br> Plaintiff, <br><br> vs. <br><br> DIRECTV, LLC, <br><br> Defendant. | Case No.: CV 13-1170-DMG (Ex) <br><br> **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT [514]** |

This matter is before the Court on Defendant DIRECTV's unopposed motion for extension of time to file the motion for preliminary approval of the class action settlement by 14 days. Good cause appearing, DIRECTV's request is GRANTED. The Parties shall file a motion for preliminary approval of the proposed class action settlement by July 29, 2022, with a hearing date on **August 19, 2022 at 10:00 a.m.**

IT IS SO ORDERED.

DATED: July 18, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-