| | |
|---|---|
| LIEFF CABRASER HEIMANN<br>   & BERNSTEIN LLP<br>Jonathan D. Selbin (State Bar No. 170222)<br>jselbin@lchb.com<br>Douglas I. Cuthbertson (admitted *pro hac vice*)<br>dcuthbertson@lchb.com<br>Sean A. Petterson (admitted *pro hac vice*)<br>spetterson@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592<br><br>LIEFF CABRASER HEIMANN<br>   & BERNSTEIN LLP<br>Daniel M. Hutchinson (State Bar No. 239458)<br>dhutchinson@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 | MEYER WILSON CO., LPA<br>Matthew R. Wilson<br>(State Bar No. 290473)<br>mwilson@meyerwilson.com<br>Michael J. Boyle, Jr.<br>(State Bar No. 258560)<br>mboyle@meyerwilson.com<br>305 W. Nationwide Blvd<br>Columbus, OH 43215<br>Telephone: (614) 224-6000<br>Facsimile: (614) 224-6066<br><br>BURKE LAW OFFICES, LLC<br>Alexander H. Burke (admitted<br>*pro hac vice*)<br>ABurke@BurkeLawLLC.com<br>909 Davis Street, Suite 500<br>Evanston, IL 60201<br>Telephone: (312)729-5288<br>Facsimile: (312) 729-5289 |

*Attorneys for Plaintiffs Jenny Brown, Carmen Montijo and the Class*
[*Additional Counsel Appear on Signature Page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY BROWN and CARMEN MONTIJO, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>DIRECTV, LLC,<br><br>              Defendant. | Case No. 2:13-cv-01170-DMG-E<br><br>**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>Date: August 19, 2022<br>Time: 10:00 AM<br>Place: Courtroom 8C<br><br>Hon. Dolly M. Gee |

1  PLEASE TAKE NOTICE that on August 19, 2022, at 10:00 a.m., or as soon
2  thereafter as the matter may be heard, before the Honorable Dolly M. Gee in
3  Courtroom 8C of the United States District Court, Central District of California,
4  Western Division, located at 350 West 1st Street, Los Angeles, CA, 90012, Plaintiff
5  Jenny Brown will and hereby does move this Court pursuant to Federal Rule of
6  Civil Procedure 23 for Preliminary Approval of the Class Action Settlement and
7  Certification of the Settlement Class.
8  Pursuant to Local Rule 7-3, counsel for Plaintiff and DIRECTV met and
9  conferred on many occasions, up to and including July 28, 2022, to discuss the
10 contents of this Motion and Plaintiffs can report that DIRECTV does not oppose
11 this motion.
12 Plaintiff's motion is based upon this Notice of Motion and Motion; the
13 Memorandum of Points and Authorities in support of this Motion; the Declaration
14 of Daniel M. Hutchinson; the Declaration of Matthew R. Wilson; the Declaration of
15 Alexander H. Burke; the Declaration of Jenny Brown; the Declaration of Robert A.
16 Meyer, Esq.; the pleadings, records, and files in this action; and such other and
17 further evidence and argument as may be presented at the time of the hearing.

19 Dated: July 29, 2022                    Respectfully submitted,

20                                         By: /s/ *Daniel M. Hutchinson*
21                                              Daniel M. Hutchinson

22                                         LIEFF CABRASER HEIMANN
                                             & BERNSTEIN LLP
23                                         Jonathan D. Selbin (State Bar No. 170222)
                                           jselbin@lchb.com
24                                         Douglas I. Cuthbertson (admitted *pro hac vice*)
                                           dcuthbertson@lchb.com
25                                         Sean A. Petterson (admitted *pro hac vice*)
                                           spetterson@lchb.com
26                                         250 Hudson Street, 8th Floor
                                           New York, NY  10013
27                                         Telephone:  (212) 355-9500
                                           Facsimile:   (212) 355-9592
28

Case 2:13-cv-01170-DMG-E   Document 516   Filed 07/29/22   Page 3 of 3   Page ID #:71841

LIEFF CABRASER HEIMANN
 & BERNSTEIN LLP
Daniel M. Hutchinson (State Bar No. 239458)
dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:   (415) 956-1000
Facsimile:    (415) 956-1008

MEYER WILSON CO., LPA
Matthew R. Wilson
(State Bar No. 290473)
mwilson@meyerwilson.com
Michael J. Boyle, Jr.
(State Bar No. 258560)
mboyle@meyerwilson.com
Jared W. Connors (admitted *pro hac vice*)
jconnors@meyerwilson.com
305 W. Nationwide Blvd
Columbus, OH  43215
Telephone:   (614) 224-6000
Facsimile:    (614) 224-6066

BURKE LAW OFFICES, LLC
Alexander H. Burke (admitted *pro hac vice*)
aburke@BurkeLawLLC.com
909 Davis Street, Suite 500
Evanston, IL 60201
Telephone: (312) 729-5288
Facsimile:    (312) 729-5289

*Attorneys for Plaintiff Jenny Brown and the Class*

- 3 -

PLAINTIFF'S NOTICE OF MOTION
FOR PRELIMINARY APPROVAL
CASE NO.  2:13-CV-01170-DMG-E