| | |
|---|---|
| LIEFF CABRASER HEIMANN<br>   & BERNSTEIN LLP<br>Jonathan D. Selbin (State Bar No. 170222)<br>jselbin@lchb.com<br>Douglas I. Cuthbertson (admitted *pro hac vice*)<br>dcuthbertson@lchb.com<br>Sean A. Petterson (admitted *pro hac vice*)<br>spetterson@lchb.com<br>250 Hudson Street, 8th Floor<br>New York, NY 10013<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592<br><br>LIEFF CABRASER HEIMANN<br>   & BERNSTEIN LLP<br>Daniel M. Hutchinson (State Bar No. 239458)<br>dhutchinson@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 | MEYER WILSON CO., LPA<br>Matthew R. Wilson<br>(State Bar No. 290473)<br>mwilson@meyerwilson.com<br>Michael J. Boyle, Jr.<br>(State Bar No. 258560)<br>mboyle@meyerwilson.com<br>305 W. Nationwide Blvd<br>Columbus, OH 43215<br>Telephone: (614) 224-6000<br>Facsimile: (614) 224-6066<br><br>BURKE LAW OFFICES, LLC<br>Alexander H. Burke (admitted<br>*pro hac vice*)<br>ABurke@BurkeLawLLC.com<br>909 Davis Street, Suite 500<br>Evanston, IL 60201<br>Telephone: (312) 729-5288<br>Facsimile: (312) 729-5289 |

*Attorneys for Plaintiffs Jenny Brown, Carmen Montijo and the Class*
[*Additional Counsel Appear on Signature Page*]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY BROWN and CARMEN MONTIJO, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>v.<br><br>DIRECTV, LLC,<br><br>               Defendant. | Case No. 2:13-cv-01170-DMG-E<br><br>**PLAINTIFF'S AND CLASS COUNSEL'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND PLAINTIFF SERVICE AWARD**<br><br>Date:   February 24, 2023<br>Time:  10:00 A.M.<br>Place:  Courtroom 8C<br><br>Hon. Dolly M. Gee |

1    PLEASE TAKE NOTICE that on February 24, 2023, at 10:00 a.m., or as
2  soon thereafter as the matter may be heard, before the Honorable Dolly M. Gee in
3  Courtroom 8C of the United States District Court, Central District of California,
4  Western Division, located at 350 West 1st Street, Los Angeles, CA, 90012, Plaintiff
5  Jenny Brown and Class Counsel Lieff Cabraser Heimann & Bernstein, LLP, Meyer
6  Wilson Co., LPA, and Burke Law Offices LLC will and hereby do move this Court
7  pursuant to Federal Rule of Civil Procedure 23 for an Award of Attorneys' Fees,
8  Reimbursement of Litigation Expenses, and Plaintiff Service Award.
9    Pursuant to Local Rule 7-3, Plaintiff and DIRECTV also conferred, up to and
10  including October 11, 2022 and October 14, 2022, to discuss the contents of this
11  Motion. DIRECTV informed Plaintiff that it does not oppose the relief sought.
12    Plaintiff's motion is based upon this Notice of Motion and Motion; the
13  Memorandum of Points and Authorities in support of this Motion; the Declaration
14  of Daniel M. Hutchinson; the Declaration of Matthew R. Wilson; the Declaration of
15  Alexander H. Burke; the pleadings, records, and files in this action; and such other
16  and further evidence and argument as may be presented at the time of the hearing.

18  Dated: October 14, 2022            Respectfully submitted,

19                                     By: /s/ *Daniel M. Hutchinson*
20                                        Daniel M. Hutchinson

21                                     LIEFF CABRASER HEIMANN
                                         & BERNSTEIN LLP
22                                     Jonathan D. Selbin (State Bar No. 170222)
                                       jselbin@lchb.com
23                                     Douglas I. Cuthbertson (admitted *pro hac vice*)
                                       dcuthbertson@lchb.com
24                                     Sean A. Petterson (admitted *pro hac vice*)
                                       spetterson@lchb.com
25                                     250 Hudson Street, 8th Floor
                                       New York, NY 10013
26                                     Telephone: (212) 355-9500
                                       Facsimile: (212) 355-9592
27
28                                     LIEFF CABRASER HEIMANN
                                         & BERNSTEIN LLP

|   |   |
|---|---|
| 1 | Daniel M. Hutchinson (State Bar No. 239458) |
|   | dhutchinson@lchb.com |
| 2 | 275 Battery Street, 29th Floor |
|   | San Francisco, CA  94111-3339 |
| 3 | Telephone:  (415) 956-1000 |
|   | Facsimile:   (415) 956-1008 |

MEYER WILSON CO., LPA
Matthew R. Wilson
(State Bar No. 290473)
mwilson@meyerwilson.com
Michael J. Boyle, Jr.
(State Bar No. 258560)
mboyle@meyerwilson.com
Jared W. Connors (admitted *pro hac vice*)
jconnors@meyerwilson.com
305 W. Nationwide Blvd
Columbus, OH  43215
Telephone:  (614) 224-6000
Facsimile:   (614) 224-6066

BURKE LAW OFFICES, LLC
Alexander H. Burke (admitted *pro hac vice*)
aburke@BurkeLawLLC.com
909 Davis Street, Suite 500
Evanston, IL 60201
Telephone: (312) 729-5288

*Attorneys for Plaintiff Jenny Brown and the Class*